2020 FEB -6 P 4: 04

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **20CR-437W** |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Sec. 1326(a) and (b) - Attempted Reentry of Removed Alien |
| FRANCIA ELENA TABARES-SALINAS, | |
| Defendant. | |

The grand jury charges:

On or about December 9, 2019, within the Southern District of California, defendant FRANCIA ELENA TABARES-SALINAS, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States and his/her designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Section 1326(a) and (b).

//

//

NJH:cms:San Diego:2/6/20

It is further alleged that defendant FRANCIA ELENA TABARES-SALINAS was removed from the United States subsequent to November 17, 2009.

DATED: February 5, 2020.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
NICHOLAS J. HERNANDEZ
Assistant U.S. Attorney

2